AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Northern District of Texas

UNITED STATES OF AMERICA

V.

HOMERO SANCHEZ

**WARRANT FOR ARREST**

Case Number: 1:22-CR-061-H

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest HOMERO SANCHEZ
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

✓ Indictment | Information | Complaint | Order of court | Probation Violation Petiton | Supervised Release Violation Petition | Violation Notice

charging him or her (brief description of offense)

Ct. 1: Conspiracy to Engage in the Business of Dealing in Firearms Without a License;
Ct. 2: Dealing in Firearms Without a License; and
Ct. 3: Sale or Transfer of a Firearm to a Prohibited Person

in violation of Title 18 United States Code, Section(s) 371, 922(a)(1)(A), 923(a), 924(a)(1)(D), 922(d) and 924(a)(2)

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

Karen Mitchell
Signature of Issuing Officer

UNITED STATES DISTRICT COURT ★ NORTHERN DISTRICT OF TEXAS ★

U.S. Magistrate Judge D. Gordon Bryant, Jr.

09/14/2022
Date

Lubbock, Texas
Location

By: /s/ M. Spangler
Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| 9/14/22 | SEAN RAGSDALE | Sean Ragsdale |
| DATE OF ARREST 10/6/22 | SPECIAL AGENT - ATF 6427 | |